UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                         :          NOTICE OF INTENT TO
                                              FILE AN INFORMATION
CAREY YEAGER                       :

          Defendant.            :

- - - - - - - - - - - - - - - - - x

**ORIGINAL**

**JUDGE KOELT**

**08 CRIM 020**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         December 18, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                    By: _____
                         Jeffrey A. Brown
                         Assistant United States Attorney

                  AGREED AND CONSENTED TO:

                    By: _____
                       Rick Collins
                       Dan Russo
                       Attorneys for Carey Yeager

USDC SDNY
DOCUMENT
FILED

12/21/07 WHEEL A