JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
                                     INFORMATION
    - v. -                       :
                                     08 Cr.
CAREY YEAGER,                    :
                                     08 CRIM 020
            Defendant.           :

- - - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

1. From at least in or about March 2006, up to and including July 2007, in the Southern District of New York and elsewhere, CARY YEAGER, the defendant, unlawfully, intentionally, and knowingly did manufacture, distribute, export and import equipment, chemicals, products and materials, which may be used to manufacture a controlled substance, to wit, anabolic steroids, knowing, intending, and having reasonable cause to believe, that they would be used to manufacture a controlled substance and listed chemical.

(Title 21, United States Code, Section 843(a)(7).)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #.
DATE FILED:

**Forfeiture Allegation**

2.   As a result of committing the controlled substance offense alleged in Count One of this Information, CAREY YEAGER, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds YEAGER obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information, including a sum of money representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Information.

Substitute Asset Provision

3.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> (a)   cannot be located upon the exercise of due diligence;
>
> (b)   has been transferred or sold to, or deposited with, a third person;
>
> (c)   has been placed beyond the jurisdiction of the Court;
>
> (d)   has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

  (Title 21, United States Code, Sections 843 and 853.)

              */s/ Michael J. Garcia*
              MICHAEL J. GARCIA
              United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v -

**CARY YEAGER,**

Defendant.

---

**INFORMATION**

08 Cr.

(21 U.S.C. § 843(a)(7).)

MICHAEL J. GARCIA
United States Attorney.

---

1/4/2008 Filed waiver of indictment and information. Deft pres w/atty Dan Russo. Deft pleads not guilty. Pretrial conference adjourned to 2/7/2008 at 4:00pm. Time excluded from 1/4/2008 to 2/7/2008. Bail cont'd.   —Judge Koeltl

4