UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

UNITED STATES OF AMERICA

      - v. -

CAREY YEAGER,

          Defendant.

------------------------------------------------------

WAIVER OF INDICTMENT

08 Cr.      (JGK)

**08 CRIM 020**

JUDGE KOELTL

    The above-named defendant, who is accused of violating Title 21, United States Code, Section 843(a)(7), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                      _____
                                      Defendant

                                      _____
                                      Witness

                                      _____
                                      Counsel for Defendant

Date:    New York, New York
            January 4, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

JAN 04 2008

0202