UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
UNITED STATES OF AMERICA

       -against-

CAREY YEAGER,

                      Defendant.
-----------------------------------------------------------X

08 cr 20 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Thursday, February 7, 2008 at 4:00pm** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **February 7, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                              _____
                                              JOHN G. KOELTL
                                         UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         January 4, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2008