```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :   ORDER OF FORFEITURE
UNITED STATES OF AMERICA          :
                                  :   08 Cr. 20 (JGK)
        -v.-                      :
                                  :
CAREY YEAGER,                     :
                                  :
                Defendant.        :
- - - - - - - - - - - - - - - - -x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2008

    WHEREAS, on January 4, 2008, CAREY YEAGER, the defendant, was charged in Information 08 Cr. 20 (JGK)(the "Information"), with One Count of distributing products and materials for the manufacture of a controlled substance, in violation of 21 U.S.C. § 843(a)(7);

    WHEREAS, the Information contained a forfeiture allegation, providing notice that the United States of America (the "Government") is seeking, pursuant to 21 U.S.C. § 853, forfeiture of any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the offense charged in Count One of the Information, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of the Information, including a sum of money representing the amount of proceeds obtained as a result of the offense alleged in Count One of the Information;

WHEREAS, pursuant to a plea agreement dated February 6, 2008 (the "Plea Agreement"), the defendant pleaded guilty to Count One of the Information;

WHEREAS, under the terms of the Plea Agreement, the defendant admitted the forfeiture allegation in the Information and agreed to forfeit to the United States, pursuant to 21 U.S.C. § 853, a sum of money equal to $50,000 in United States currency (the "Forfeited Funds");

WHEREAS, pursuant to 21 U.S.C. § 853(g), 18 U.S.C. § 982(b)(1) and Fed. R. Crim. P. 32.2(c), the United States is now entitled, pending any assertion of third-party claims, to reduce the Forfeited Funds to its possession and to notify any and all potential purchasers and transferees thereof of its interest therein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense in the Indictment, for which the defendant pled guilty, a money judgment in the amount of $50,000.00 shall be entered against the defendant, CARY YEAGER.

(b) Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, CARY YEAGER, at the time of sentencing and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4.  All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007.

5.  The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

6.  The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney, Anna E. Arreola, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       May 29, 2008

30

SO ORDERED:

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE